UNITED STATES DISTRICT COURT  04-10122RWZ
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: __MARCH 4, 2004.__

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.      02210

RE: USA - V - __RENALD JEAN-BAPTISTE__

SDNY MAG. DOCKET # __04 MAG. 456__

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

( )    1.  DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(XXXXX) 2.  DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

( )    3.  PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

( )    4.  COMPLAINT DISMISSED BY YOUR DISTRICT.

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3) DOCUMENTS ON COPY OF THIS LETTER.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

BY _____
     DEPUTY CLERK

GILBERT QUAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: MARCH 4, 2004.

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.   02210

RE: USA - V - RENALD JEAN-BAPTISTE

SDNY MAG. DOCKET # 04 MAG. 456

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(    ) 1. DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(xxxxx) 2. DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT. BOND ENCLOSED.

(    ) 3. PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

(    ) 4. COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

J. MICHAEL MCMAHON
CLERK OF COURT

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3)
DOCUMENTS ON COPY OF THIS LETTER.

BY _____
   DEPUTY CLERK

GILBERT QUAN

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:04-mj-00456-ALL
Internal Use Only

**Case title:** USA v. Jean-Baptiste
**Other court case number(s):** None
**Magistrate judge case number(s):** None

**Date Filed:** 03/04/04

---

**Assigned to:**
**Referred to:**

**Defendant(s)**
-----------------------

**Renald Jean-Baptiste** (1)        represented by **Sean Hecker**
                                    Federal Defender Division Legal Aid Society
                                    52 Duane Street
                                    New York, NY 10007
                                    212-417-8700
                                    Fax : 212-571-0392
                                    Email: sean_hecker@fd.org
                                    *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*
                                    *Designation: Public Defender or Community Defender Appointment*

*aka*
"Lance Steven Tirso Roxas" (1)

**Pending Counts**                          **Disposition**
----------------------                      ---------------

None

                                            A TRUE COPY
                                            UNITED STATES MAGISTRATE
**Highest Offense Level (Opening)**         FOR THE SOUTHERN DISTRICT OF N.Y.
-----------------------------------         _____ DEPUTY CLERK

None

**Terminated Counts**                       **Disposition**
---------------------                       ---------------

None

**Highest Offense Level (Terminated)**
--------------------------------------

None

**04 MAG    456**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x



UNITED STATES OF AMERICA

    - v. -

RENALD JEAN-BAPTISTE
    a/k/a "Lance Steven Tirso
        Roxas"

    Defendant.

- - - - - - - - - - - - - - - - - - x

: RULE 5(C)(3) AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss.:

    WILLIAM T. NOONE, being duly sworn, deposes and says that he is a Special Agent with the United States Department of State, Diplomatic Security, and charges as follows:

    On or about February 19, 2004, the United States District Court for the District of Massachusetts issued a Warrant for the Arrest (the "Arrest Warrant") of "Renald Jean-Baptiste." The Arrest Warrant was issued based upon a Complaint charging "Renald Jean-Baptiste" with one count of making a false statement in an application for a United States passport in violation of Title 18, United States Code, Section 1542 ("the Complaint"). Copies of the Arrest Warrant and Complaint are attached hereto as Exhibits A and B respectively.

    I believe that RENALD JEAN-BAPTISTE, the defendant, who was arrested on March 4, 2004 in the Southern District of New York, is the same individual as the "Renald Jean-Baptiste" who is wanted in the District of Massachusetts.

    The bases for my knowledge and for the foregoing charge are, in part, as follows:

    1. I am currently a Special Agent with the United States Department of State. This affidavit is based in part on my conversations with other persons and law enforcement officers, my review of reports and records, and my personal involvement in the investigation and arrest of RENALD JEAN-BAPTISTE, the defendant. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

have learned relating to RENALD JEAN-BAPTISTE, the defendant. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, unless otherwise indicated.

    2. On or about January 14, 2004, I learned of a suspected fraud in which an unidentified African-American male had impersonated a "Lance Steven Tirso Roxas" on an application ("Application") for a United States passport. Another law enforcement official provided me with a copy of the Application (known as Form DS-11), which included the applicant's photograph and purported birth certificate.

    3. Upon receiving this documentation, using the Auto Trax online database I ran the social security number of "Lance Steven Tirso Roxas" that had been obtained by the Passport Office. This check provided an address in Toms River, New Jersey as the address for "Lance Steven Tirso Roxas."

    4. On or about January 15, 2004, I visited this location in Toms River, New Jersey and interviewed a Caucasian female who identified herself as the mother of "Lance Steven Tirso Roxas." This individual provided me with a cellular phone number for "Lance Steven Tirso Roxas."

    5. On or about January 16, 2004, I interviewed "Lance Steven Tirso Roxas," who is Caucasian, and he provided me with a phone number for "Renald Jean-Baptiste."

    6. On or about January 16, 2004, I called this phone number for "Renald Jean-Baptiste." When I asked the individual who answered the phone to speak to "Renald Jean-Baptiste," this individual stated that he was "Renald Jean-Baptiste." Later that day, I interviewed "Renald Jean-Baptiste" in person, at which time he identified himself as "Renald Jean-Baptiste" and admitted that he had submitted the Application with a photograph of himself. He further admitted that his actual name is "Renald Jean-Baptiste," born June 9, 1973 in Haiti. Once he removed his hat, I immediately recognized this individual as the same person in the photograph provided with the Application.

    7. On March 4, 2004, after being read his <u>Miranda</u> rights, RENALD JEAN-BAPTISTE again admitted that his actual name is "Renald Jean-Baptiste" and that he had submitted the Application with a photograph of himself.

    For all the foregoing reasons, I believe that RENALD JEAN-BAPTISTE, the defendant, is "Renald Jean-Baptiste," the subject of the Arrest Warrant.

2

WHEREFORE, deponent prays that RENALD JEAN-BAPTISTE, the defendant, be imprisoned or bailed as the case may be.

_____
WILLIAM T. NOONE
Special Agent
United States Department of State

Sworn to before me this
4th day of March, 2004.

_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RENALD JEAN-BAPTISTE

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1654-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 4, 2002__ in __Middlesex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the [issuance] of a U.S. passport, either form his own use or the use of another,

in violation of Title __18__ United States Code, Section(s) __1542__

I further state that I am a(n) __Special Agent, DSS__ and that this complaint is based on the following
Official Title
facts:

See attached affidavit of DSS Special Agent Herman L. Arnold

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-19-2004 _____ at _____
Date

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Herman L. Arnold, having been duly sworn, hereby depose and state as follows:

1. I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since August, 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal charging, Renald JEAN-BAPTISTE with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On March 4, 2002, a person using the identity of Lance Steven Tirso Roxas submitted an application ("DS-11") for a United States passport at the U.S. Post Office located in Cambridge, MA. A copy of the passport application is appended hereto as Exhibit A. In support of the application, the person

provided a birth certificate in the name of Lance Steven Tirso Roxas from the Board of Health and Vital Statistics of Hudson County, Jersey City, New Jersey, reflecting that the person was born on May 9, 1971, in Jersey City, New Jersey. A Copy of the birth certificate is appended hereto as Exhibit B. The person signed the ROXAS application in the presence of an authorized passport acceptance clerk, attesting that all of the information contained therein was true. Also, as required, the person submitted two copies of a photograph of himself. One copy of the photograph was attached to the application at the time of its submission.

4. On January 14, 2004, Diplomatic Security Service Special Agent William T. Noone of the New York Field Office of the Diplomatic Security Service interviewed the person who submitted the application in the name of Lance Steven Tirso Roxas. He admitted that he is not Lance Steven Tirso Roxas, and that his true identity is Renald JEAN-BAPTISTE. He further admitted that he is a citizen of Haiti by virtue of birth, having been born in Port-au-Prince, Haiti, on June 9, 1973. A copy of JEAN-BAPTISTE'S sworn statement is appended hereto as Exhibit C. JEAN-BAPTISTE then voluntarily provided his fingerprints to the affiant for identification purposes.

5. On January 14, 2004, the true Lance Steven Tirso Roxas was interviewed by Diplomatic Security Service Special Agent

William T. Noone of the New York Field Office of the Diplomatic Security Service, and he admitted that he supplied Renald JEAN-BAPTISTE with identification documents for the purpose of aiding JEAN-BAPTISTE in obtaining a U.S. Passport, knowing JEAN-BAPTISTE was not entitled to a U.S. Passport. A Copy of Lance Steven Tirso Roxas's sworn statement is appended hereto as Exhibit D.

6. Based on the foregoing, I have probable cause to believe that Renald JEAN-BAPTISTE did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use, in violation of Title 18, United States Code, Section 1542.

I certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this 19th day of February, 2004.

HERMAN L. ARNOLD
Special Agent
U.S. Department of State,
Diplomatic Security Service

Subscribed and sworn before me this 19th day of February, 2004, in Boston, Massachusetts.

CHARLES B. SWARTWOOD
United States Magistrate Judge

3

FROM DIPLOMATIC SECURITY-BOSTON F.O.        (TUE) 2.24'04 14:06/ST. 14:05/NO. 4865091930 P 3

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RENALD JEAN-BAPTISTE

**WARRANT FOR ARREST**

CASE NUMBER: 04-1654-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RENALD JEAN-BAPTISTE___
                                                Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
making a false statement on a passport application

in violation of Title __18__ United States Code, Section(s) __1542__

CHARLES B. SWARTWOOD III
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

2-19-04 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AUSA

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States v. Renald Jean-Baptiste
FOR: S.D.N.Y.
AT: DOC #

**PERSON REPRESENTED** (Show your full name): Mr. Jean-Baptiste

- ☑ Defendant—Adult
- ☐ Defendant - Juvenile
- ☐ Appellant
- ☐ Probation Violator
- ☐ Parole Violator
- ☐ Habeas Petitioner
- ☐ 2255 Petitioner
- ☐ Material Witness
- ☐ Other

**DOCKET NUMBERS**
Magistrate: 04 Mag 456
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): Rule 5(c)(3); Passport Fraud
☑ Felony  ☐ Misdemeanor

U.S. DISTRICT FILED MAR 04 2004 S.D. OF N.Y.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED 300/mo  SOURCES: Dancing in clubs

**ASSETS**

**CASH** — Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT. VALUE / DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | Landlord | $5000 | $1140 |
| | (check due) | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3/4/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► *Renald Jean-Baptiste*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

against

Renald Jean-Baptiste

(Alias) _____

_____

Please PRINT Clearly

---

[FILED STAMP: U.S. DISTRICT COURT FILED MAR 0 4 2004 S.D. OF N.Y.]

04-456
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

DOC # 2

TO: **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

   1. [ ] CJA    2. [ ] RETAINED    3. [✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. November YR. 2000

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

3/4/04

SIGNATURE  Sean Hecker
PRINT THE FOLLOWING INFORMATION CLEARLY

SEAN HECKER
Attorney for Defendant

FEDERAL DEFENDER
Firm name if any

52 DUANE ST.
Street address

New York     NY     10007
City           State    Zip

(212) 417-8737
Telephone No

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

.I H-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

UNITED STATES OF AMERICA           :          ORDER APPOINTING COUNSEL
                                              (Federal Defender Services Unit)
        -v- Ronald Jean-Baptiste  :
                                              Docket # 04-456
            Defendant.             :

------------------------------------------------ X

[Stamp: U.S. DISTRICT COURT FILED MAR 0 4 2004 S.D. OF N.Y.]

Because the above named defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDER SERVICES UNIT of the Legal Aid Society is hereby appointed to represent the defendant in the above designated case for the following purpose:

(Check one) __✓__ all proceedings

_____ bail/presentiment only

_____ other (specify) ___Sean Hecker___

If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date __3/4/04__                         /s/ Ronald J. Ellis
                                        Signature of U.S. Judge or Magistrate Judge
                                        or by order of the Court:
                                        _____
                                        Clerk or Deputy

TO:   J. MICHAEL McMAHON, CLERK
      United States District Court
      Southern District of New York

      Federal Defender Services Unit
      The Legal Aid Society
      52 Duane Street, 10th Floor
      New York, New York   10007

[Stamp: A TRUE COPY UNITED STATES MAGISTRATE FOR THE SOUTHERN DISTRICT OF N.Y. _____ DEPUTY CLERK]

Copy 1 - Retain in Magistrate Judge File
Copy 2 - To Federal Defender Services Unit
Copy 3 - To U.S.D.C. Clerk's Office (Attn: C.J.A. Clerk)

# DISPOSITION SHEET

**Nick Goldin**
AUSA

DATE OF ARREST **3-4-04**    ☐ VOL. SURRENDER
                              ☐ ON WRIT
TIME OF ARREST **7 am**

MAGISTRATE'S DOCKET NUMBER **04 MAG 456**    TIME OF PRESENTMENT **3:33 pm**

PROCEEDING:  ☐ Rule 5   ☐ Rule 9   ☐ Rule 40   ☐ Detention Hearing   ☒ Other: **R5(c)(3)**

☐ INTERPRETER NEEDED    LANGUAGE: _____

| DEFENDANT'S NAME: | **RENALD JEAN-BAPTISTE** |
| --- | --- |
| COUNSEL'S NAME: | **Sean Hecker**   ☐ RETAINED  ☒ LEGAL AID  ☐ CJA |

## BAIL DISPOSITION

☐ DETENTION  ☐ ON CONSENT W/O PREJUDICE  ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☒ AGREED BAIL PACKAGE
☒ $ **20,000** PRB
☒ _____ FRP
☐ $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ **Betw BOS - NY**
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL  ☐ STRICT PRETRIAL  ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:
   **SIGN BOND**
REMAINING CONDITIONS TO BE MET BY **3/8/04**
☐ OTHER:

May go to Texas and return on 3/9 if co-signer signs before departure.
Report to Mass. as required

**A TRUE COPY**
**UNITED STATES MAGISTRATE**
**FOR THE SOUTHERN DISTRICT OF N.Y.**
_____ DEPUTY CLERK

**FOR RULE 40 CASES:**
☐ ID HEARING WAIVED                    ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED              ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **3/25 Control Date**       ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

DATE **3/4/04**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE    PINK - U.S. ATTORNEY'S OFFICE    YELLOW - U.S. MARSHAL    GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

$20,000 PRB. CO-SIGNED BY ONE FINANCIALLY RESPONSIBLE PERSON. TRAVEL RESTRICTED TO SDNY, EDNY, BETWEEN BOSTON-NEW YORK. SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS). DEFT TO BE RELEASED UPON SIGNING OF BOND. REMAINING CONDITIONS TO BE MET BY 3/8/2004. MAY GO TO TEXAS AND RETURN ON 3/9/04 IF CO-SIGNER SIGNS BEFORE DEPARTURE. REPORT TO MASS. AS REQUIRED.

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V.

RENALD JEAN-BAPTISTE a/k/a "Lance Steven Tirso Roxas"
Defendant

APPEARANCE BOND
CASE NUMBER

04 MAG. 456

FILED MAR 0 4 2004 S.D. OF N.Y.

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 20,000 , and there has been deposited in the Registry of the Court the sum of

$ XXXXXXXXXXXXXXXXXXXXX in cash or XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Describe other security

The conditions of this bond are that the defendant    RENALD JEAN-BAPTISTE a/k/a "Lance Steven Tirso Roxas"
Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on    March 4, 2004    at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
Date

Defendant _RENALD JEAN-BAPTISTE_    Address _414 W 36 apt 2C_

Surety _Terrence Farley_    Address _200 E. 36th St. 14G_
TERRENCE FARLEY

Surety ___    Address _NY, NY 10016_

Signed and acknowledged before me on    March 4, 2004
Date

Approved: _____
Judicial Officer

AUSA: NICK GOLDIN

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

Advice of Penalties and Sanctions

04 MAG. 456

TO THE DEFENDANT:    **RENALD JEAN-BAPTISTE ####    a/k/a "Lance Steven Tirso Roxas"**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

MARCH 4, 2004.

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

U.S. FILED MAR 0 4 2004

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

_Renald Jean Baptiste_
Signature of Defendant

_414 W 36 apt 2 C_
Address

DEFENDANT RELEASED

_NY NY 10018    212-594-8742_
City and State           Telephone