UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10122-RWZ |
| | ) | |
| | ) | |
| RENALD JEAN-BAPTISTE | ) | |

DEFENDANT'S MOTION FOR
<u>OUT-OF-STATE TRAVEL EXPENSES</u>

The defendant Renald Jean-Baptiste respectfully moves this
Court, pursuant to 18 U.S.C. §4285, for an order directing the
U.S. Marshals Service to provide him with either funds so that he
may purchase round-trip transport between New York City and
Boston, Massachusetts, or with tickets for such a round-trip on a
common carrier.  The defendant further moves that the U.S.
Marshals provide funds sufficient for him to stay in Boston for
one day, including a night's hotel, prior to his appearance
before this court on Tuesday June 1, 2004.

As grounds for this motion, undersigned counsel states that
Mr. Jean-Baptiste is required to appear in court on June 1 to
enter a change of plea in the above-captioned case.  Mr. Jean-
Baptiste resides in New York City and is indigent.  He needs to
travel to Boston the day before this hearing, on Monday May 31,
so that he can confer with counsel before the hearing.[1]  Because

---

[1]  It is impractical for counsel to confer with Mr. Jean-
Baptiste on the day of the change of plea because counsel has
court appearances in two other matters which will occupy her the

Mr. Jean-Baptiste is indigent, he cannot afford round-trip transportation to Boston or lodging here for the night before the hearing without hardship or having to incur indebtedness.  For the above reasons, counsel for the defendant requests that this motion for travel funds be granted.

Respectfully submitted

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue
Boston, MA  02110
Tel: 617-223-8061

---

entire morning of June 1.