AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Renald Jean-Baptiste

WAIVER OF INDICTMENT

CASE NUMBER: 04-10122

I, Renald Jean-Baptiste, the above named defendant, who is accused of

Violation of 18 U.S.C. § 1542, false statements in passport application

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 1, 2004 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Renald Jean-Baptiste_
Defendant

_Sylvie D. Fried_
Counsel for Defendant

Before _____
        Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.