CAESAR & NAPOLI
ATTORNEYS AT LAW

350 BROADWAY
NEW YORK, NEW YORK 10013-3911
TELEPHONE: (212) 226-2100
FAX: (212) 226-3224

JAMES C. NAPOLI
JEFFREY N. REJAN
TAO LIN
DANA M. NORTHCRAFT*

* also admitted in New Jersey

Of Counsel
ROBERT STEIN
RICHARD BECKER

FILED IN CLERKS OFFICE
2006 JUN 26  P 3: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 23, 2006

ATTN: Customer Service
U.S. District Court
1 Court House Way
Boston, MA 02210

      Re:        Certificate of Disposition (Certified Judgement)
      Defendant:  JEAN-BAPTISTE, Renald
      Docket No.:  04CR10122-RWZ

Dear Sir/Madam:

This law firm represents the above-captioned individual in his immigration matters (please see attached G-28 Notice of Entry of Appearance). At this time, as ordered by U.S. Citizenship & Immigration Services, we are requesting a certificate of disposition (certified judgement) detailing the facts surrounding Mr. Jean-Baptiste's arrest on March 2, 2004 (please see attached USCIS request). This document has the requirement of being certified, while also stating the charges and outcome of the entire case. In accordance with standard procedure, the $9 processing fee is included with this request.

Should you have any questions or concerns please do not hesitate to contact me. Your prompt attention to this matter is greatly appreciated. Thank you for your time.

                           Sincerely,

                           Tao Lin, Esq.

Completed.
6/27/06

| U.S. Department of Justice | Notice of Entry of Appearance |
| Immigration and Naturalization Service | as Attorney or Representative |

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: Renald Jean-Baptiste
Date: 06/22/2006
File No.

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Renald Jean-Baptiste
☐ Petitioner   ☑ Applicant
☐ Beneficiary

Address: (Apt. No.) #4RE   (Number & Street) 338 W. 49th St.   (City) New York   (State) NY   (Zip Code) 10019

Name:
☐ Petitioner   ☐ Applicant
☐ Beneficiary

Address: (Apt. No.)   (Number & Street)   (City)   (State)   (Zip Code)

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
   New York State            Court of Appeals            and am not under a court or administrative agency
                             Name of Court
   order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
   the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

SIGNATURE

COMPLETE ADDRESS
Caesar & Napoli
350 Broadway, 10th floor
New York, NY 10013

NAME (Type or Print)
Tao Lin, Esq.

TELEPHONE NUMBER
(212)226-2100

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Tao Lin, Esq. / CAESAR & NAPOLI
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

Name of Person Consenting: Renald Jean-Baptiste
Signature of Person Consenting: Renald Jean-Baptiste
Date: 6/23/06

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

U.S. Department of Homeland Security
Newark Asylum Office
1200 Wall Street West, 4th Floor
Newark, NJ 07071



U.S. Citizenship
and Immigration
Services

June 9, 2006
A26 871 686 JEAN-BAPTISTE, Renald

Renald JEAN-BAPTISTE
338 West 49th Street Apt. #4RE
New York, NY 10019

**Request for Court Disposition(s)**

Dear Mr. JEAN-BAPTISTE:

This letter refers to your request for asylum in the United States filed on Form I-589.

You were previously informed that your Request for Asylum was recommended for approval pending receipt by the Immigration and Naturalization Service (INS) of the results of a mandatory, confidential investigation of your identity and background.

Upon completion of this investigation, the INS learned that **you, Renald Jean-Baptiste, A-26871686 have** an arrest history. **You,** must, therefore, submit the following:

- Originals or certified copies of all final court dispositions, including those that have been dismissed, expunged, diverted, *nolle prosse* and "no papered."
- If a court disposition or police record is not available, you must provide official or certified evidence from the appropriate law enforcement agency or court confirming the unavailability of the record.

Please submit a certified court disposition for your arrest on <u>March 2, 2004</u> ( False statement in application in use of passport) All Documentation or evidence of its unavailability must be marked as official or certified copies.

**You** must submit the requested documentation within 60-days of the date of this letter to the address noted above to the attention of : <u>E.Yonke, CR</u> . Failure to comply with this requirement will result in the cancellation of the recommended approval that was previously issued to **you.**

Sincerely,

(For) Susan Raufer
Director,
Newark Asylum Office

cc:   Tao Lin, Esq.
      350 Broadway 10th Floor
      New York, NY 10013

RFGM January 2004

www.uscis.gov